No. 16. WASHINGTON DREDGING & IMPROVEMENT COMPANY, PLAINTIFF IN ERROR, v. THE STATE OF WASHINGTON, E. V. BUSSELL ET AL. In error to the Supreme Court of the State of Washington. Argued October 26 and 27, 1914. Decided November 2, 1914. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Washington Dredging & Improvement Company* v. *The State of Washington, E. V. Bussell*, 231 U. S. 742, and cases there cited. *Mr. Hannis Taylor, Mr. W. F. Hays* and *Mr. Charles E. Shepard* for the plaintiff in error. *Mr. Alfred Battle, Mr. Richard A. Ballinger, Mr. George B. Cole, Mr. E. C. Lindley, Mr. W. V. Tanner, Mr. Jas. B. Metcalf, Mr. Geo. E. DeSteiguer, Mr. Ira Bronson, Mr. Jas. A. Kerr, Mr. Corwin S. Shank, Mr. Louis Henry Legg* and *Mr. Frank P. Lewis* for the defendants in error.

